IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS SHAW,

     Plaintiff,                    No. CIV S-11-1854 EFB P

     vs.

A. NANGALAMA,

     Defendant.             <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

     On January 26, 2012, the court found that plaintiff's complaint stated a cognizable claim as to defendant Nangalama.  Plaintiff was directed to submit the documents to effect service of the complaint on defendant Nangalama and was admonished that failure to do so would result in the dismissal of this action without prejudice.

     The time to act has passed and plaintiff has not submitted the materials necessary for service on defendant and has not otherwise responded to the court's order.

////

1     Accordingly, this action is dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

2 DATED: April 26, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE